

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

STIP
STEVEN W. MYHRE
Acting United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-00943-PAL |
| | 2:17-mj-00944-PAL |
| Plaintiff, | |
| | **STIPULATION TO CONTINUE INITIAL APPEARANCE, DETENTION, AND IDENTITY HEARINGS** |
| GAO MEI FANG, | |
| ZHANG XIAO DONG, | |
| XU JIA BAO, | |
| Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendants GAO MEI FANG and ZHANG XIAO DONG, by and through their counsel, RICHARD SCHONFELD, ESQ., and Defendant XU JIA BAO, by and through his counsel, FRED PAGE, ESQ., that the Initial Appearance (IA), and Detention and Identity hearings currently set for Friday, October 6, 2017 at 3:00 p.m., be vacated and set for the IA docket on Thursday, October 12, 2017 at 3:00 p.m.

-1-

This Stipulation is entered into for the following reasons:

1. The defendants wish to have sufficient time to investigate and prepare for the arguments to be made at the hearing.

2. The Attorney for the United States also requests additional time to adequately prepare for the hearing.

3. The defendants are incarcerated, and do not object to the continuance.

4. This is the first stipulation to continue filed herein.

Dated this 3rd day of October 2017.

_____
LISA CARTIER GIROUX
*Assistant United States Attorney*

_____
RICHARD SCHONFELD, ESQ.
*Attorney for Gao Mei Fang and Zhang Xiao Dong*

_____
FRED PAGE, ESQ.
*Attorney for Xu Jia Bao*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-mj-00943-PAL |
| Plaintiff, | 2:17-mj-00944-PAL |
| | **ORDER** |
| GAO MEI FANG, | |
| ZHANG XIAO DONG, | |
| XU JIA BAO, | |
| Defendants. | |

## ORDER

**IT IS HEREBY ORDERED** that the Initial Appearance, Detention, and Identity hearings currently scheduled for Friday, October 6, 2017 at 3:00 p.m., be vacated and continued to the Initial Appearance calendar for Thursday, October 12, 2017 at 3:00 p.m. in Courtroom 3C.

Dated this 5th day of October, 2017.

_____
UNITED STATES MAGISTRATE JUDGE